Robert J. CASEY, Appellant,

v.

LOUISIANA SOUTHERN RAILWAY COMPANY, Appellee.

No. 15344.

United States Court of Appeals
Fifth Circuit.

April 20, 1955.

Rehearing Denied May 12, 1955.

Louis C. Guidry, New Orleans, La., Dart, Guidry, Price & Read, New Orleans, La., for appellant.

E. E. Huppenbauer, Jr., New Orleans, La., Curtis, Foster & Dillon, New Orleans, La., J. Blanc Monroe, J. Raburn Monroe, New Orleans, La., of counsel, for appellee.

Before HUTCHESON, Chief Judge, HOLMES, Circuit Judge, and DAWKINS, District Judge.

PER CURIAM.

This appeal is ruled by the opinion and decision of this Court in McDow v. Louisiana Southern Railway Co., 219 F. 2d 650.

Upon the considerations, and for the reasons, stated in that opinion, the complaint states no present claim, and the judgment is affirmed.

Eldon L. NEAL, Appellant,

v.

UNITED STATES of America.

No. 15264.

United States Court of Appeals
Eighth Circuit.

Feb. 8, 1955.

Philip H. Cless, Des Moines, Iowa, for appellant.

Roy L. Stephenson, U. S. Atty., and John C. Stevens, Asst. U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, without prejudice to the right of the appellant to raise and preserve for review the defense of double jeopardy in the trial proceedings to be conducted in the District Court, on motion of appellee.

OHIO NATIONAL BANK, of Columbus, Ohio, Ancillary Administrator of the Estate of Anna C. Yantes, Deceased, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12269.

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1955.

Sol Morton Isaac, Columbus, Ohio, for petitioner.

H. Brian Holland, Daniel A. Taylor and L. W. Post, Washington, D. C., for respondent.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered that the decision appealed from be and is hereby affirmed, in accordance with the opinion of the Tax Court. 21 T.C. 830.